**SO ORDERED.**

**SIGNED this 01 day of October, 2009.**



_____
**JANICE MILLER KARLIN**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

Case No. 07-40623-13

MARTIN ROBERT BUCHMEIER and
JODI GAIL BUCHMEIER,
        Debtors.

## ORDER APPROVING DEBTOR'S
## MOTION TO ABATE PLAN PAYMENTS

ON the Debtor's Motion to Abate Plan Payments, the Court finds as follows:

1.    On or about August 25, 2009, the Debtors filed their Amended Motion to Abate Plan Payments. On that same date, notice was sent to all creditors and parties in interest that they had twenty days or until, September 14, 2009, to file written objections thereto. Said deadline has passed with no objections being filed.

2.    The Court hereby grants Debtors' request for an abatement of their Plan payments for August and September, 2009, with payments to resume in October, 2009.

3.    Any payments received by the Trustee from the Debtors' employers for August and September 2009, shall be refunded to the Debtors.

4.    Debtor's counsel should be compensated $150.00 in fees, with such additional fees to

be paid through the Debtors' Chapter 13 Plan. This shall be paid through the Debtors' Plan.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above shall become the order of this Court.

###

Prepared and approved,
STUMBO HANSON, LLP

By: *s/ Tom R. Barnes II*
**TOM R. BARNES II** #13437
2887 S.W. MacVicar Avenue
Topeka, KS 66611
(785) 267-3410
Attorneys for Debtors


Approved,

By: *s/ Jan Hamilton*
**JAN HAMILTON**, #08163
PO Box 3527
Topeka, KS 66601-3527
(785) 234-1551
Chapter 13 Trustee

S:\2. Bankr\Ch 13\Buchmeier, Jodi\plds\09-09-17 Ord on Mot to Abate.wpd

2